PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Soto                                    Cr.: 00-CR-00024-01

Name of Sentencing Judicial Officer: The Honorable District Judge-Designate (originally sentenced by The Honorable Chief Judge John W. Bissell)

Date of Original Sentence: 02/11/02

Original Offense: Conspiracy to Commit Murder

Original Sentence: Sixty (60) months custody; Three(3) years supervised release.

Type of Supervision: Supervised Release                 Date Supervision Commenced: 09/23/05

Assistant U.S. Attorney: Marc Agnifilo                         Defense Attorney: David Holman

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On March 9, 2006, the offender was arrested by the Bayonne Police, and charged with the law violations of criminal attempted burglary and possession of burglary tools. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin J. Mullens
Senior U.S. Probation Officer
Date: 03/21/06

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

4-5-06
Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
### DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**ERIC K. SNYDER**
**MATTHEW F. MILLER**

March 21, 2006

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

The Honorable District Judge-Designate
50 Walnut Street
Newark, New Jersey 07102-0999

RE:  SOTO, Michael
Dkt. #: 00-CR-00024-01

**REPORT OF NEW ARREST/REQUEST FOR WARRANT**

Dear District Judge-Designate:

On February 11, 2002, the above-mentioned offender appeared before the Honorable Chief Judge John W. Bissell for sentencing upon being convicted of conspiracy to commit murder. Chief Judge Bissell sentenced Soto to serve sixty (60) months custody. Upon being released from custody, the offender was placed on supervised release for three (3) years. While on supervised release, Soto was ordered to comply with special conditions of drug aftercare and mental health counseling. Lastly, Soto was ordered to pay a special assessment of $100 with the full balance remaining outstanding at the time.

Soto was released from federal custody on February 17, 2004, to New Jersey State Correctional Authorities for a violation of parole detainer. He was subsequently released to our supervision on September 23, 2005, and has been under the supervision of our office to date.

On March 9, 2006, the offender was arrested by the Bayonne Police and was charged with criminal attempted burglary and possession of burglary tools. Soto is currently in the Hudson County Jail with bail set at $20,000.

Given the offender's re-involvement in criminal activity, as detailed in the attached Probation Form 12C, we are respectfully requesting the issuance of a warrant for the offender. This warrant would be lodged as a detainer, as the offender is currently in the Hudson County Jail unable to make bail on the new charges. Should Your Honor require additional information or wish to discuss the matter further we will be available at your convenience.

Very truly yours,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Kevin J. Mullens
Senior U.S. Probation Officer

/kjm